```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 3 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Sonia Elaine Butler,

        Plaintiff,

  -against-

The New York Health & Racquet Club, et al.,

        Defendants.
------------------------------------------------------------X

08 Civ. 591 (PAC)(FM)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

**_X_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

____ Inquest After Default/Damages Hearing

==========================================================

* Do not check if already referred for general pretrial

SO ORDERED

_____
Paul A. Crotty
United States District Judge

DATED:   New York, New York
            January 30, 2008

Copy Mailed By Chambers To:

Sonia Elaine Butler
13 Lake Place
New Haven, CT 06511