# KLEIN ZELMAN ROTHERMEL LLP
### ATTORNEYS AT LAW
485 MADISON AVENUE
NEW YORK, NEW YORK 10022-5803
TEL (212) 935-6020
FAX (212) 753-8101

**MEMO ENDORSED**

June 6, 2008

<u>Via Facsimile 212-805-6724</u>

Hon. Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

_/s/ Frank Maas_
Frank Maas, USMJ  6/9/08

Re:   Butler v. New York Health and Racquet Club and Maryann Donner
      Index No. 1:08-cv-00591-PAC-FM

Dear Judge Maas:

This firm is counsel to Defendants in the above referenced matter, in which an initial case management conference is scheduled for June 18. I have a prior commitment in Chicago from June 17 through June 19, and respectfully request an adjournment until a later date.

This is the first time an adjournment has been requested. Plaintiff is available the entire third week of July, except for July 14. Chambers advises that <u>July 16 at 10:00 am is convenient</u> for the Court. This time seems to be convenient for all parties and I respectfully request that the initial conference be adjourned to such time.

Thank you for your consideration.

Very truly yours,

Jane Jacobs

cc:   Sonia Butler
      13 Lake Place
      New Haven, CT 06511
      By electronic and regular mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

{00089721;1}