**MEMO ENDORSED**

Sonia E. Butler
13 Lake Place
New Haven, CT 06511
Tel: 917-476-4667

Via Facsimile 212-805-6724

July 6, 2008

Hon. Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re:   Butler v. New York Health and Racquet Club and Maryann Donner
      Index No. 1:08-cv-00591-PAC-FM

Dear Judge Maas:

> The conference is adjourned to 7/29/08 at 3pm. The parties are directed to telephone my Chambers on 7/28 to determine the courtroom where the conference will be held. The adjournment is granted on condition that Ms. Butler meet and confer with defense counsel by July 22, 2008, to discuss the topics required by Fed. R. Civ. P. 26(f).
>
> FMaas, USMJ, 7/14/08

I recently received the order rescheduling the conference for July 16 at 10:00am upon my return from London. I was not consulted on the final selection of this date that was requested because Attorney Jacobs needed an adjournment from the original conference dated June 18th.

On Wednesday evenings, I teach two classes—one at 5:45pm and one at 6:45pm. I subbed out both of these classes on June 18th to attend the conference, causing me a loss of income.

I forwarded a list of possible times to Klien, Zelman Rothermel, LLP & faxed a copy to chambers. This new date, July 16 at 10am, puts me in a similar position as June 18, since I am forced to sub out my classes again, lose income, and risk jeopardizing my full-time job because I'm subbing out my classes too much. Again, in order to attend this newly scheduled date, I am forced to sub out a 10:30am class in Harlem and a 12:15pm class in Midtown to attend this conference.

It is unfair and unjust that I am put in such a position because Attorney Jacobs needs an adjournment. I request that the court select a date to hold this scheduling conference that does not interfere with my income or put me at risk of losing my full-time job at TSI, where I have health benefits.

I am already being paid less than white instructors at HRC, so I shouldn't have to bear the extra brunt of losing income at TSI to accommodate HRC's attorney's need for an adjournment.

Following is a list of times and dates I am available to attend a conference that does not interfere with my ability to earn a living or that does not force me to lose income:

Tuesdays, any time after 2:00pm: July 22, July 29; August 12, 19, 26; Sept 2
Wednesdays, 2:00pm – 4:30pm : July 23, July 30; Aug 6, 13, 20, 27; Sept 3
Fridays, any time after 2:00pm July 25, Aug 8, 15, 22, 29, Sept 5

I commute from New Haven via MetroNorth. The train ride into Grand Central is one hour and 40 minutes, so any morning conferences are extremely inconvenient and do not work for me.

I sincerely appreciate the Court's consideration in this matter, and I thank the court in advance for its patience and consideration.

Most humbly,

Sonia E. Butler,
Pro se litigant

Cc:   Klein Zelman Rothermel LLP
      485 Madison Avenue
      New York, NY 10022-5803
      Via regular mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08