**MEMO ENDORSED**

Sonia E. Butler
13 Lake Place
New Haven, CT 06511
Tel: 917-476-4667

<u>Via Facsimile 212-805-6724</u>    July 17, 2008

Hon. Frank Maas
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

Re:    Butler v. New York Health and Racquet Club and Maryann Donner
       Index No. 1:08-cv-00591-PAC-FM

Dear Judge Maas:

When I faxed my letter dated July 6, 2008, my deposition was scheduled for July 14th, 2008. I was informed via telephone by my attorneys assistant on Friday, that opposing council for the Connecticut Transit authority, had requested a postponement and that she would get back to me with another date for the deposition. I was informed yesterday that the deposition will now take place on July 29th at 10:00am in my attorney's office in New Haven. I do not believe it's possible for me to get to your chambers in Manhattan by 3:00pm on that same date for a scheduling hearing.

I have enclosed copies of documents relating to this matter for your review so that you will see that I am not being uncooperative as Klein, Zelman is trying to imply.

I was unable to open the attachments they sent to me via e-mail regarding scheduling matters and requested that they sent me their correspondence via regular U.S. mail. And it is quite possible, if they attempted to contact me via phone as they allege, that they could have tried to reach me via my [*when*] T-Mobile SIM card was not functioning.

These time slots going forward into September work for me:
Tuesdays, any time after 2:00pm:
Wednesdays, 2:00pm – 4:30pm :
Fridays, any time after 2:00pm

I sincerely appreciate the Court's consideration in this matter, and I thank the court in advance for its patience and consideration.

Most humbly,

*[signature]* Sonia E. Butler
Sonia E. Butler,
Pro se litigant

Cc:    Klein Zelman Rothermel LLP, Via regular mail
       485 Madison Avenue
       New York, NY 10022-5803

ATTACHMENTS

*[Handwritten annotations by Judge:]*
1) I am well aware that defense counsel requested the first adjournment.
2) July 29 in the afternoon was a time and date specifically set forth in Ms. Butler's July 6th letter.
3) I have read the fax from Joseph Einhorn, a copy of which is annexed hereto so that opposing counsel will be aware of this communication.
4) Mr. Einhorn indicates that there is no problem rescheduling the deposition.
5) I therefore look forward to meeting Ms. Butler

P.S. "So you're asking for another adjournment after you sent us a list of times saying those dates were okay?" and opposing counsel on July 29, 2008, at 3 pm. The conference will be held in Courtroom 6A.

FMaas, USMJ; 7/17/08

Page 2 of Judge Maas — July 17, 2008

Your Honor, this statement by your assistant Anna today at approx 9:10 a.m. concerns me because it gives credence to Klein, Zelman's allegation that I have been uncooperative in scheduling this conference.

For the record, I contacted Chambers on June 6, confirming that I understand the June 18th conference. I even produced e-mail records showing that I contacted Jeremy Klein on 6/18 to free my schedule to attend the conference. It is his atty, Cecilio, who requested the adjournment, not I.

I'm openly asking the court to consider my commitments + obligations when rescheduling the conference that was cal- journaled for atty, Cecilio.

JEB

| | | |
|---|---|---|
| DOCKET NO: CV 08 5016178S | : | SUPERIOR COURT |
| SONIA BUTLER | : | J. S. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| H.N.S. MANAGEMENT COMPANY, INC. | : | MAY 8, 2008 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on **Monday, July 14, 2008 at 10:00 a.m.** pursuant to Section 13-27 et seq. of the Connecticut Practice Book, the defendants in the above captioned matter will take the deposition of **Sonia Butler**, before Post Reporting Services, court reporters or other competent authority at the Offices of Jonathan J. Einhorn, 412 Orange Street, New Haven, CT 06510.

FOR THE DEFENDANTS,
H.N.S. MANAGEMENT CO., INC.,
d/b/a CT TRANSIT

BY: _____
John A. Blazi, Esq.
Law Offices of John A. Blazi
786 Chase Parkway
Waterbury, Ct. 06708
203-596-0600

Law Offices of John A. Blazi, ESQ. 786 Chase Pkwy Waterbury, CT 06708  Juris No. 419424
Phone: (203) 596-0600                                                     Fax: (203) 596-7953

## CERTIFICATION

This is to certify that the foregoing has been mailed this **8th** day of **May 2008** to the following counsel of record:

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, Ct. 06510

John A. Blazi,
Commissioner of Court

# JONATHAN J. EINHORN
Attorney and Counselor at Law
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
Telephone (203) 777-3777
Facsimile (203) 782-1721
e-mail: einhornlawoffice@gmail.com

Gina R. Sack
Paralegal

Gail A. Berg
Paralegal

May 14, 2008

Ms. Sonia Butler
13 Lake Place
New Haven, CT 06511

Re:   Butler v. H.N.S. Management Co., Inc. dba Connecticut Transit Authority

Dear Sonia:

Enclosed is a court notice for trial on your lawsuit, which we just received. Please note the date is December 9, 2008 at 9:30 a.m., and if we are not able to settle your case prior to then, we will go forward with trial.

Sincerely yours,

Jonathan J. Einhorn

grs
Enclosure

BUTLER, SONIA                VS.
B.N.S. MANAGEMENT                         NNH-CV-08-5016178S

12/9/2008 AT 9:30:00 AM

THE ABOVE-CAPTIONED MATTER HAS BEEN SCHEDULED FOR COURTSIDE TRIAL BY THE HON. LINDA K. LAGER IN COURTROOM 4B AT ABOVE-INDICATED DATE AND TIME. ALL PARTIES AND COUNSEL MUST APPEAR AND PROCEED OR RISK ENTRY OF NONSUIT, DISMISSAL OR DEFAULT. IN THE EVENT OF A DEFAULT, THE COURT WILL IMMEDIATELY CONDUCT A HEARING IN DAMAGES. CONTINUANCE REQUESTS MUST BE MADE ON FORM JD-CV-21 AT LEAST 2 WEEKS BEFORE TRIAL AND MAY BE FAXED TO THE COURT ASSIGNMENT OFFICE AT 203-867-5041. ****ONLY EMERGENCY REQUESTS WILL BE GRANTED AFTER THIS PERIOD.* CONTACT INFO: COURT ASSIGNMENT OFFICE: (203) 503-6806 OR EMAIL: AMINA.CONNELLY@JUD.CT.GOV

EINHORN JONATHAN J LAW O
412 ORANGE STREET
NEW HAVEN    CT 06511

SUPERIOR COURT
235 CHURCH STREET
NEW HAVEN, CONNECTICUT  06510

DATED: MAY 08, 2008
NNH

**JONATHAN J. EINHORN**
Attorney and Counselor At Law
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
(203) 777-3777
Facsimile (203) 782-1721

Gina R. Sack
Paralegal

Gail A. Bi[...]
Paralegal

July 15, 2008

Ms. Sonia Butler
13 Lake Place
New Haven, Connecticut 06511

Re:   Butler v. H.N.S. Management Co., Inc. dba

Dear Sonia:

Your deposition has been rescheduled for **Tuesday, July 29, 2008 at 10:00 a.m.**, here at my office.

I would suggest that you come to my office on that date at 9:00 a.m., so that we may discuss the deposition prior to it beginning.

If you have any questions, please feel free to call.

Sincerely yours,

JONATHAN J. EINHORN

JJE:gab

Enclosure

| | | |
|---|---|---|
| DOCKET NO: CV 08 5016178S | : | SUPERIOR COURT |
| SONIA BUTLER | : | J. S. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| H.N.S. MANAGEMENT COMPANY, INC. | : | JULY 15, 2008 |

### RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Monday, July 29, 2008 at 10:00 a.m. pursuant to Section 13-27 et seq. of the Connecticut Practice Book, the defendants in the above captioned matter will take the deposition of Sonia Butler, before Post Reporting Services, court reporters or other competent authority at the Offices of Jonathan J. Einhorn, 412 Orange Street, New Haven, CT 06510.

FOR THE DEFENDANTS,
H.N.S. MANAGEMENT CO., INC.,
d/b/a CT TRANSIT

BY: _____

John A. Blazi, Esq.
Law Offices of John A. Blazi
786 Chase Parkway
Waterbury, CT 06708
203-596-0600

Law Offices of John A. Blazi, ESQ.   786 Chase Pkwy Waterbury, CT 06708   Juris No. 419424
Phone: (203) 596-0600                                                      Fax: (203) 596-7953